# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered) |
| WOODBRIDGE GROUP OF COMPANIES, LLC; WOODBRIDGE STRUCTURED FUNDING, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 2, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 3, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 3A, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 4, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY L. WENDEL; PROVIDENCE TRUST GROUP, LLC FBO JEFFREY L. WENDEL, IRA; JJC, INC FBO RETIREMENT PLAN FBO JEFFREY WENDEL; JODI M. WENDEL,<br><br>Defendants. | Adversary Proceeding<br>Case No. 18-50818 (KJC) |

## SUMMONS AND NOTICE OF PRETRIAL
## CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

Address of Clerk:      824 Market Street, 3rd Floor
                       Wilmington, Delaware 19801

    At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys.

**Name and Address of Plaintiff's Attorneys:**

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
| Sean M. Beach (No. 4070) | David M. Stern |
| Edmon L. Morton (No. 3856) | Whitman L. Holt |
| Michael S. Neiburg (No. 5275) | Jonathan M. Weiss |
| Ian J. Bambrick (No. 5455) | 1999 Avenue of the Stars, 39th Floor |
| Rodney Square, 1000 North King Street | Los Angeles, California 90067 |
| Wilmington, Delaware 19801 | |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address:      United States Bankruptcy Court for the District of Delaware
              824 Market Street, 5th Floor, Courtroom No. 6
              Wilmington, Delaware 19801

Date and Time:      **November 20, 2018, at 1:30 p.m. (ET)**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
  Court for the District
    of Delaware**
                              /s/ Una O'Boyle
                              *Clerk of the Court*

Dated: September 17, 2018

## NOTICE OF DISPUTE RESOLUTION ALTERNATIVES

As a party to litigation you have a right to adjudication of your matter by a judge of this Court.  Settlement of your case, however, can often produce a resolution more quickly than appearing before a judge.  Additionally, settlement can also reduce the expense, inconvenience, and uncertainty of litigation.

There are dispute resolution structures, other than litigation, that can lead to resolving your case.  Alternative Dispute Resolution (ADR) is offered through a program established by this Court.  The use of these services is often productive and effective in settling disputes.  **The purpose of this Notice is to furnish general information about ADR.**

The ADR structures used most often are mediation, early-neutral evaluation, mediation/arbitration and arbitration.  In each, the process is presided over by an impartial third party, called the "neutral."

In mediation and early neutral evaluation, an experienced neutral has no power to impose a settlement on you.  It fosters an environment where offers can be discussed and exchanged.  In the process, together, you and your attorney will be involved in weighing settlement proposals and crafting a settlement.  The Court in its Local Rules requires all ADR processes, except threat of a potential criminal action, to be confidential.  You will not be prejudiced in the event a settlement is not achieved because the presiding judge will not be advised of the content of any of your settlement discussions.

Mediation/arbitration is a process where you submit to mediation and, if it is unsuccessful, agree that the mediator will act as an arbitrator.  At that point, the process is the same as arbitration.  You, through your counsel, will present evidence to a neutral, who issues a decision.  If the matter in controversy arises in the main bankruptcy case or arises from a subsidiary issue in an adversary proceeding, the arbitration, though voluntary, may be binding.  If a party requests *de novo* review of an arbitration award, the judge will rehear the case.

**Your attorney can provide you with additional information about ADR and advise you as to whether and when ADR might be helpful in your case.**

/s/ Una O'Boyle
*Clerk of the Court*

Dated:  September 17, 2018

**CERTIFICATE OF SERVICE**

       I, Debbie Laskin, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this Summons, the Complaint, and the ADR Notice was made on September 17, 2018 and United States first-class mail, postage prepaid upon the following counsel for the Defendant:

| | |
|---|---|
| Jeffrey Wendel<br>PO Box 511<br>Ft Recovery, OH 45846 | Jeffrey L Wendel & Jodi M Wendel<br>714 Black Eagle Dr.<br>PO Box 240<br>Fort Recovery, OH 45846 |
| Jeffrey Wendel<br>114 N Wayne St #200<br>PO Box 511<br>Fort Recovery, OH 45846 | Provident Trust Group LLC FBO Jodi M Wendel IRA<br>PO Box 511<br>Ft Recovery, OH 45846 |
| Prov. Tr. GP-FBO Jodi M Wendel IRA<br>P.O. Box 240<br>Fort Recovery, OH 45846 | JJC Inc Ret Plan FBO: Jeffrey L Wendel<br>114 N Wayne St<br>PO Box 511<br>Fort Recovery, OH 45846 |
| Prov. TR GP-FBO JJCC Inc Ret PLN<br>PO Box 240<br>Fort Recovery, OH 45846 | Provident Trust Grp LLC FBO Jeffrey L Wendel IRA<br>PO Box 511<br>Ft Recovery, OH 45846 |
| Prov. Tr. GP-FBO Jeffrey L Wendel IRA<br>P.O. Box 240<br>Fort Recovery OH 45846 | M. Ruthie Hagan, Esq.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>165 Madison Ave., Suite 2000<br>Memphis, TN 38103 |

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:   September 17, 2018                        */s/ Debbie Laskin*
                                                        Debbie Laskin, Paralegal
                                                        Young Conaway Stargatt & Taylor, LLP
                                                        Rodney Square
                                                        1000 North King Street
                                                        Wilmington, DE 19801