# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered) |
| WOODBRIDGE GROUP OF COMPANIES, LLC; WOODBRIDGE STRUCTURED FUNDING, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 2, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 3, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 3A, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 4, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY L. WENDEL; PROVIDENCE TRUST GROUP, LLC FBO JEFFREY L. WENDEL, IRA; JJC, INC FBO RETIREMENT PLAN FBO JEFFREY WENDEL; JODI M. WENDEL,<br><br>Defendants. | Adversary Proceeding<br>Case No. 18-50818 (KJC) |

## AMENDED SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

Address of Clerk:        824 Market Street, 3rd Floor
                        Wilmington, Delaware 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys.

**Name and Address of Plaintiff's Attorneys:**

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | KLEE, TUCHIN, BOGDANOFF & STERN LLP |
|---|---|
| Sean M. Beach (No. 4070) | David M. Stern |
| Edmon L. Morton (No. 3856) | Whitman L. Holt |
| Michael S. Neiburg (No. 5275) | Jonathan M. Weiss |
| Ian J. Bambrick (No. 5455) | 1999 Avenue of the Stars, 39th Floor |
| Rodney Square, 1000 North King Street | Los Angeles, California 90067 |
| Wilmington, Delaware 19801 | |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address:        United States Bankruptcy Court for the District of Delaware
               824 Market Street, 5th Floor, Courtroom No. 6
               Wilmington, Delaware 19801

Date and Time:        **November 20, 2018, at 1:30 p.m. (ET)**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
 Court for the District
   of Delaware**

                                            /s/ Una O'Boyle
                                            *Clerk of the Court*

Dated:  September 18, 2018

## CERTIFICATE OF SERVICE

I, Debbie Laskin, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this Amended Summons was made on September 18, 2018 and United States first-class mail, postage prepaid upon the following counsel for the Defendant:

| | |
|---|---|
| Jeffrey Wendel<br>PO Box 511<br>Ft Recovery, OH 45846 | Jeffrey L Wendel & Jodi M Wendel<br>714 Black Eagle Dr.<br>PO Box 240<br>Fort Recovery, OH 4584 |
| Jeffrey Wendel<br>114 N Wayne St #200<br>PO Box 511<br>Fort Recovery, OH 45846 | Provident Trust Group LLC FBO Jodi M Wendel IRA<br>PO Box 511<br>Ft Recovery, OH 45846 |
| Prov. Tr. GP-FBO Jodi M Wendel IRA<br>P.O. Box 240<br>Fort Recovery, OH 45846 | JJC Inc Ret Plan FBO: Jeffrey L Wendel<br>114 N Wayne St<br>PO Box 511<br>Fort Recovery, OH 45846 |
| Prov. TR GP-FBO JJCC Inc Ret PLN<br>PO Box 240<br>Fort Recovery, OH 45846 | Provident Trust Grp LLC FBO Jeffrey L Wendel IRA<br>PO Box 511<br>Ft Recovery, OH 45846 |
| Prov. Tr. GP-FBO Jeffrey L Wendel IRA<br>P.O. Box 240<br>Fort Recovery OH 45846 | M. Ruthie Hagan, Esq.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>165 Madison Ave., Suite 2000<br>Memphis, TN 38103 |

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:   September 18, 2018    */s/ Debbie Laskin*
    Debbie Laskin, Paralegal
    Young Conaway Stargatt & Taylor, LLP
    Rodney Square
    1000 North King Street
    Wilmington, DE 19801