# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered) |
| WOODBRIDGE GROUP OF COMPANIES, LLC; WOODBRIDGE STRUCTURED FUNDING, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 2, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 3, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 3A, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 4, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY L. WENDEL, PROVIDENCE TRUST GROUP, LLC FBO JEFFREY L. WENDEL, IRA; JJC, INC FBO RETIREMENT PLAN FBO JEFFREY WENDEL, JODI M. WENDEL,<br><br>Defendants. | Adv. Proc. No. 18-50818 (KJC) |
| WOODBRIDGE GROUP OF COMPANIES, LLC; WOODBRIDGE STRUCTURED FUNDING, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 2, LLC; WOODBRIDGE MORTGAGE | Adv. Proc. No. 18-50824 (KJC) |

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

| | |
|---|---|
| INVESTMENT FUND 3, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 3A, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 4, LLC, <br><br>    Plaintiffs, <br><br>vs. <br><br>RICHARD R. FRITTS; SUNWEST TRUST AS CUSTODIAN FOR RICHARD R. FRITTS RA, <br><br>    Defendants. | |
| WOODBRIDGE GROUP OF COMPANIES, LLC and WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC, <br><br>    Plaintiffs, <br><br>vs. <br><br>CONSUELO B. MONTOYA and JOHN MONTOYA, <br><br>    Defendants. | Adv. Proc. No. 18-50943 (KJC) |
| WOODBRIDGE GROUP OF COMPANIES, LLC and WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC, <br><br>    Plaintiffs, <br><br>vs. <br><br>BARRY TELLER and KRISTINE TELLER, <br><br>    Defendants. | Adv. Proc. No. 18-50949 (KJC) |
| WOODBRIDGE GROUP OF COMPANIES, LLC and WOODBRIDGE MORTGAGE INVESTMENT FUND 3A, LLC, | Adv. Proc. No. 18-50946 (KJC) |

|  |  |
|---|---|
| Plaintiffs,<br><br>vs.<br><br>TIMOTHY J. SPAIN,<br><br>Defendant. |  |
| WOODBRIDGE GROUP OF COMPANIES, LLC and WOODBRIDGE MORTGAGE INVESTMENT FUND 3A, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>VICKIE J. STELZER-GRAV,<br><br>Defendant. | Adv. Proc. No. 18-50948 (KJC) |

**NOTICE OF SUBSTITUTION OF PLAINTIFF
AND ENTRY OF APPEARANCE OF COUNSEL**

**PLEASE TAKE NOTICE** that on October 26, 2018, the Honorable Kevin J. Carey, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware (the "Court"), entered the *Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and Its Affiliated Debtors* [Docket No. 2903] (the "Confirmation Order")[2] confirming the *First Amended Joint Chapter 11 Joint Plan of Liquidation of Woodbridge Group of Companies, LLC and Its Affiliated Debtors* [Docket No. 2397] (as amended and supplemented, the "Plan").

---

[2] Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order, as applicable.

-3-

**PLEASE TAKE FURTHER NOTICE** that the Effective Date, as defined in the Plan, occurred on February 15, 2019.  *See* Docket No. 3421.

**PLEASE TAKE FURTHER NOTICE** that on the Effective Date, the Woodbridge Liquidation Trust was created pursuant to, and to effectuate, the Plan and Michael Goldberg of Akerman LLP, in his capacity as the Woodbridge Liquidation Trustee, and the Debtors executed the Liquidation Trust Agreement (the "Trust Agreement").

**PLEASE TAKE FURTHER NOTICE** that pursuant to Article V, 5.6 of the Plan, the Liquidation Trust has the exclusive right to prosecute the above-captioned adversary proceedings (the "Adversary Proceedings").

**PLEASE TAKE FURTHER NOTICE** that as of the Effective Date, by operation of the Plan, the Confirmation Order and the Trust Agreement, Michael Goldberg, solely in his capacity as Liquidation Trustee of the Woodbridge Liquidation Trust, is now the Plaintiff in the Adversary Proceedings.

**PLEASE TAKE FURTHER NOTICE** that Pachulski Stang Ziehl & Jones LLP and Klee, Tuchin, Bogdanoff & Stern LLP (collectively, "Counsel") hereby enter their appearance as counsel to the Liquidation Trustee pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and sections 102(1), 342, and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and request that copies of all notices and pleadings given or required to be given in these bankruptcy cases by any party or their counsel of record, whether in writing or by telephone, fax, or any other form of transmission, and all papers served or required to be served in these cases by any party or their counsel of record (including, but not limited to, all papers filed and served in all adversary proceedings, contested

matters and other proceedings in these cases, to creditors and equity security holders who file with the Court a request that all notices be mailed to them), be given and served upon:

| | |
|---|---|
| Richard M. Pachulski<br>Andrew W. Caine<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, CA  90067-4100<br>Telephone:  (310) 277-6910<br>Facsimile:   (310) 201-0760<br>E-mail: rpachulski@pszjlaw.com<br>            acaine@pszjlaw.com | Bradford J. Sandler<br>Colin R. Robinson<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>E-mail:  bsandler@pszjlaw.com<br>              crobinson@pszjlaw.com |

Kenneth N. Klee
Michael L. Tuchin
David A. Fidler
Jonathan M. Weiss
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: kklee@ktbslaw.com
          mtuchin@ktbslaw.com
          dfidler@ktbslaw.com
          jweiss@ktbslaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules and section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, objections, complaints, demands, replies, and other filings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by

mail, hand delivery, telephone, facsimile, telecopy, e-mail or otherwise filed with regard to these cases and any proceedings thereon.

| | |
|---|---|
| Dated:  March 27, 2019<br>           Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Fax: 302-652-4400<br>Email: rpachulski@pszjlaw.com<br>           acaine@pszjlaw.com<br>           bsandler@pszjlaw.com<br>           crobinson@pszjlaw.com<br><br>-and-<br><br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>Kenneth N. Klee (*pro hac vice*)<br>Michael L. Tuchin (*pro hac vice*)<br>David A. Fidler (*pro hac vice*)<br>Jonathan M. Weiss (*pro hac vice*)<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067<br>Tel:    (310) 407-4000<br>Fax:   (310) 407-9090<br><br>*Counsel to the Liquidation Trust* |