# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC,<br>et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br>(Jointly Administered) |
| WOODBRIDGE GROUP OF COMPANIES, LLC; WOODBRIDGE STRUCTURED FUNDING, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 2, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 3, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 3A, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 4, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY L. WENDEL; PROVIDENCE TRUST GROUP, LLC FBO JEFFREY L. WENDEL, IRA; JJC, INC FBO RETIREMENT PLAN FBO JEFFREY WENDEL; JODI M. WENDEL,<br><br>Defendants. | Adversary Proceeding<br>Case No. 18-50818 (KJC) |

## **SUGGESTION OF BANKRUPTCY OF DEFENDANT JEFFREY L. WENDEL**

PLEASE TAKE NOTICE that on April 19, 2019, defendant Jeffrey L. Wendell filed a

voluntary petition under chapter 13 of title 11 of the United States Code in the United States

Bankruptcy Court for the Northern District of Ohio, case number 19-31219 (JPG). A true and correct copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit A.

                                    **O'KELLY ERNST & JOYCE, LLC**

Dated: April 24, 2019           */s/ Michael J. Joyce*
                                         Michael J. Joyce, Esquire (No. 4543)
                                         901 N. Market Street, Suite 1000
                                         Wilmington, DE 19802
                                         Phone: (302) 778-4003
                                         Facsimile: (302) 295-2873
                                         Email: mjoyce@oelegal.com

                                         *Attorney for Defendant Jeffrey L. Wendel*