# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors.<br><br>WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY L. WENDEL; PROVIDENCE TRUST GROUP, LLC FBO JEFFREY L. WENDEL; JJC, INC. FBO RETIREMENT PLAN FBO JEFFREY WENDEL; JODI M. WENDEL,<br><br>Defendants. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered)<br><br><br><br><br><br>Adv. Proc. Case No. 18-50818 (BLS) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE              )
                               ) ss:
COUNTY OF NEW CASTLE           )

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the Woodbridge Liquidation Trust, plaintiff in the above-captioned matter, and that on the 22nd day of May, 2019, she caused a copy of the following to be served upon the attached service list in the manner indicated:

- [Signed] Order Approving Stipulation Regarding Stay of Adversary Proceeding [Docket No. Adv. Docket No. 14]

_____
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED
by me on this ___ day of May, 2019.

_____
Notary Public
My Commission Expires: March 6, 2021

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Woodbridge Advs. 18-50824, 18-50818
Service List
Doc #223445
01-First Class Mail

**VIA FIRST CLASS MAIL**
Michael J. Joyce, Esq.
O'Kelly Ernst & Joyce, LLC
901 N. Market Street, 10th Floor
Wilmington, Delaware 19801