IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY L. WENDEL; PROVIDENCE TRUST GROUP, LLC FBO JEFFREY L. WENDEL; JJC, INC. FBO RETIREMENT PLAN FBO JEFFREY WENDEL; JODI M. WENDEL,<br><br>Defendants. | Adv. Proc. Case No. 18-50818 (BLS) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE           )
                            ) ss:
COUNTY OF NEW CASTLE        )

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the Woodbridge Liquidation Trust, plaintiff in the above-captioned matter, and that on the 18th day of September, 2019, she caused a copy of the following to be served upon the attached service list in the manner indicated:

**[Signed] Amended Agreed Scheduling Order [Docket No. Adv. Docket No. 17]**

*[Signature]*
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED
by me on this 24 day of September, 2019.

*[Signature]* Cheryl A. Knotts
Notary Public
My Commission Expires: 4/12/20

*[Notary Seal: CHERYL A. KNOTTS, NOTARY PUBLIC, MY COMMISSION EXPIRES APRIL 12, 2020]*

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

DOCS_DE:223925.2 94811/003

Woodbridge Advs. 18-50824, 18-50818
Service List
Doc #223445
01-First Class Mail

**VIA FIRST CLASS MAIL**
Michael J. Joyce, Esq.
O'Kelly Ernst & Joyce, LLC
901 N. Market Street, 10th Floor
Wilmington, Delaware 19801